Decision Per Curiam.

---

W. B. Gerideau alais W. H. McFarland, Plaintiff in Error, vs. The State of Florida, Defendant in Error.

## IN BANC.

Writ of error to Criminal Court of Record, Duval county; John L. Doggett, Judge.

*Pope & Pope,* for Plaintiff in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on præcipe of counsel for plaintiff in error.